IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                                                                              Civ. No. 23-580 JMR/GBW

KAMIKAZE KITCHEN LLC, d/b/a
KAMIKAZE KITCHEN & FOOD TRUCK, *et al.*,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. Plaintiff filed suit against numerous Defendants on July 11, 2023. Federal Rule of Civil Procedure 4(m) provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than 90 days have elapsed since this action was filed in district court, and there is no indication that any of the defendants have been served.

Plaintiff is therefore directed to show cause why his case should not be dismissed without prejudice for failure to comply with the service and time provisions of Rule 4(m). Plaintiff's response to the Court's Order to Show Cause should be filed **no later than ten (10) days from the issuance of this Order**.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE